Michele Ballard Miller (State Bar No. 104198)
Lindsey A. Urbina (State Bar No. 179105)
MILLER LAW GROUP
Professional Corporation
60 E. Sir Francis Drake Blvd., Suite 302
Larkspur, CA 94939
Tel.: (415) 464-4300
Fax: (415) 464-4336

Attorneys for Defendant
Pier 1 Imports (U.S.), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TROY ROWLAND BARRETT | Case No. |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** |
| v. | |
| PIER 1 IMPORTS (U.S.) Inc., | |
| Defendant. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant Pier 1 Imports (U.S.), Inc. ("Pier 1" or "Defendant") hereby removes to this Court the state court action described below.

1. On or about May 29, 2003, Plaintiff commenced this action by serving a copy of summons and complaint on Pier 1, styled and captioned exactly as above, as Marin County Superior Court Case No. CV 032339. (Ex. A, Summons and Complaint).

1   Plaintiff seeks recovery for alleged discrimination for failure to accommodate and for
2   termination.

4   2.      Plaintiff is a citizen of the State of California. (Ex. A, Complaint at p. 1).
5   Pier 1 is incorporated under the laws of the State of Delaware and has its principal
6   place of business in Fort Worth, Texas. (Declaration, Ex. B at p. 3).

8   3.      Pier 1 was served with Plaintiff's Complaint on or about May 29, 2003.
9   (Ex. A at p. 1).

11  4.      This Court has original jurisdiction over this action pursuant to 28 U.S.C.
12  § 1332 because the amount in controversy exceeds $75,000.00 and the action involves
13  citizens of different states. Complete diversity of citizenship exists and at all relevant
14  time has existed between Plaintiff and Defendant.

16  5.      This Notice of Removal is filed within thirty (30) days of the receipt of
17  service of the Plaintiff's Complaint as required by 28 U.S.C. § 1446(b).

19  6.      Attached to this Notice as Exhibit "A" is a copy of all pleadings and
20  process served on Defendant in this action.

22  7.      Attached to this Notice as Exhibit "B" is the Declaration of Art Ferrell, a
23  Director of Human Resources for Pier 1.

MILLER LAW GROUP
ATTORNEYS AT LAW
LARKSPUR, CALIFORNIA

Barrett v. Pier 1 Imports (U.S.), Inc.                2        U.S. District Court Action No. _____

**NOTICE OF REMOVAL OF ACTION FROM MARIN COUNTY SUPERIOR COURT**

DATED: July 8, 2003

MILLER LAW GROUP

By: _____
 Lindsey A. Urbina
 Attorneys for Defendant
 Pier 1 Imports (U.S.), Inc.

## PROOF OF SERVICE

I, Jennifer Denison, declare that I am employed with the law firm of Miller Law Group, A Professional Corporation, whose address is 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California 94939; I am over the age of eighteen (18) years and am not a party to this action. On the below date, I served the attached

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Lanny Jay, Esq.
P.O. Box 297
Monte Rio, CA  95462-0297
Fax:  707-869-3034

[X] **BY MAIL:**  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at the Miller Law Group, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California.  I declare that I am readily familiar with the business practice of the Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **BY FACSIMILE:**  I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the aforementioned fax number(s).  I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by the Miller Law Group, 60 E. Sir Francis Drake Blvd., Suite 302, Larkspur, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 26, 2003, at Larkspur, California.

/s/
JENNIFER DENISON